# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 99-1160/1778

_____

| | | |
|---|---|---|
| Arnie M. Sandvick, | * | |
| | * | |
| Appellant/Cross-Appellee, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Amana Refrigeration, Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellee/Cross-Appellant. | * | |

_____

Submitted: November 24, 1999

Filed: December 9, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Arnie M. Sandvick appeals from the district court's[1] order granting summary judgment to Amana Refrigeration, Inc. (Amana) in his action for damages under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213, and the Family Medical Leave Act (FMLA), 29 U.S.C. §§ 2601-2654. Amana cross appeals, arguing it was error to excuse Mr. Sandvick's late notice of appeal. After carefully reviewing

_____

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.

the record and the parties' briefs, we affirm the judgment for the reasons stated by the district court, <u>see</u> 8th Cir. R. 47B, and we dismiss the cross appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.